IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO G. REYES,

    Plaintiff,

vs.

MICHAEL P. RANDLE, *et al.*,

    Defendants.

Case No. 09-cv-1035-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the jury having rendered a verdict,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Michael P. Randle, Roger E. Walker, Donald Hulick, Brian Fairchild, Melody Ford, Terri Anderson, C/O Meyer, Tyrone Murray, K. Schorn (*aka* K. Allsup), and Robert Hoffman and against plaintiff Antonio G. Reyes.

**NANCY J. ROSENSTENGEL**

**DATED:** July 17, 2013      by/s/Deborah Agans, Deputy Clerk

Approved:   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**